UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANGEL EDUARDO ARMENTA,

Defendant.

Case No.: '23 MJ4396

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about August 9, 2023, within the Southern District of California, defendant Angel Eduardo ARMENTA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded .38 caliber Taurus handgun bearing serial number IR20248; in violation of Title 18, United States Code, Section 922(g)(1).

COLE JONES
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of December 2023.

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On August 9, 2023, a San Diego Police Department (SDPD) officer was conducting a routine patrol near S. 35th Street and National Avenue in San Diego, California. While on patrol, the officer encountered a tan-colored Nissan Altima bearing California license plate 4EBD094. The officer observed that the Nissan appeared to have illegal window tint in violation of California Vehicle Code § 26708 and an expired registration in violation of California Vehicle Code § 4000. The officer initiated a traffic stop of the Nissan based on those observations. The Nissan yielded near 1000 S. 35th Street. As the officer approached the Nissan, he observed what appeared to be a false 2024 registration tab, in violation of California Vehicle Code § 4463.

The driver and sole occupant of the vehicle did not have his driver's license, but was later identified as Angel Eduardo ARMENTA. The officer advised ARMENTA why he was being stopped. ARMENTA stated he had bought the Nissan a couple of months ago and did not have any "paperwork" in his possession. ARMENTA also stated he didn't have his driver's license because he was going to the store.

Records checks showed that the Nissan's registration had been expired for more than six months. The officer decided to impound the Nissan for this violation in accordance with California Vehicle Code § 22651(o)(1)(A). After the officer informed ARMENTA that, pursuant to the impound, an inventory search of the Nissan would be conducted, ARMENTA "became uncooperative" and refused to exit the Nissan. ARMENTA requested the presence of a SDPD Sergeant.

An SDPD Sergeant arrived and spoke with ARMENTA for approximately 30–45 minutes. Following the conversation, ARMENTA exited the vehicle.

During an inventory search of the Nissan, an officer found a loaded .38 caliber Taurus firearm (bearing serial no. IR20248), with five rounds of .38 caliber ammunition, in the vehicle's center console. ARMENTA was arrested for being a felon in possession of a firearm, carrying a concealed weapon, and possession of an unregistered handgun.

Records checks on ARMENTA revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 03/11/2019 | CASC – San Diego | PC 29800(a)(1) – Felon in Possession of Firearm | 4 years prison |
| 05/19/2014 | CASC – San Diego | PC 212.5 – Robbery | 44 months prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.